# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| In The Matter Of: | In Bankruptcy: |
|---|---|
| LATORIA MONIQUE HARRIS<br>KARL DESHON HARRIS | Case No. 14-22228-DOB<br>Chapter 7<br>Hon. DANIEL S. OPPERMAN |
| Debtor(s).            / | |

## CERTIFICATE OF DISTRIBUTION

Collene K. Corcoran, Trustee of the above-named estate, hereby states the following:

1. That the Trustee has fully administered this estate by either liquidating or abandoning all property of the estate;

2. That the Trustee has collected $7,224.00 and disbursed $1,847.92, leaving a balance on hand of $5,376.08, which funds are deposited in an account at Bank of Texas;

3. That of the funds on hand the following distribution should be made:

| Chapter 7 Administrative Expenses | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|
| Collene K. Corcoran Fee – Per Order Dated 9/23/15 | $1,326.16 | 100.00% | $1,326.16 |
| Collene K. Corcoran Expense – Per Order Dated 9/23/15 | $36.49 | 100.00% | $36.49 |
| | | **Subtotal:** | **$1,362.65** |

| | Unsecured Claims | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|---|
| 1 | CONSUMERS ENERGY COMPANY | $3,390.23 | 45.98% | $1,558.71 |
| 2 | Michigan Department of Treasury | $5,186.00 | 45.98% | $2,384.33 |
| 3 | American InfoSource LP as agent for | $153.11 | 45.98% | $70.39 |
| | | | **Subtotal:** | **$4,013.43** |
| | | | **Total:** | **$5,376.08** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of her knowledge.

Dated: September 24, 2015

/s/ COLLENE K. CORCORAN
Collene K. Corcoran, Chapter 7 Trustee
P.O. Box 535
Oxford MI 48371
Phone: (248) 969-9300
E-mail: trusteecorcoran@gmail.com